UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS ALBERTO DELGADO CARRANZA (A-Number: 201-987-952),

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

No. 1:26-cv-05390-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Docs. 1, 8

Petitioner Carlos Alberto Delgado Carranza is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2026, the assigned magistrate judge issued amended findings and recommendations that recommended granting the petition for writ of habeas corpus and ordering petitioner's immediate release. Doc. 8 at 4. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within five (5) days of

service. On August 25, 2026, respondents filed a one-sentence objection, objecting "to the findings and recommendation of the Magistrate Judge, ECF No. 8, for the reasons stated in Respondents' prior pleadings." Doc. 9 at 1.

In accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 8, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to release petitioner Carlos Alberto Delgado Carranza (A-Number: 201-987-952) immediately. If respondents seek to re-detain petitioner, they must comply with the requirements of § 1226(a) and its implementing regulations.[1]
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to terminate any remaining motions as moot, close this case, and enter judgment for petitioner.
6. The Clerk is directed to serve California City Detention Facility with a copy of this Order.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.